# Court of Appeals
# of the State of Georgia

ATLANTA,  July 02, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0148. ANASTASIA AYALA v. ALEXANDRA MANNING, JUDGE.**

Upon consideration of the Appellant's Rule 40 (c) Original Mandamus filed in the above-styled case, it is ordered that the motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  07/02/2025*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.